**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MICHAEL FIELDS,

                              Plaintiff,

                -against-                                    25 **CIVIL** 7062 (LLS)

                                                            **JUDGMENT**

RIKERS ISLAND DOC; BOB BARKER
COMPANY INC.,

                              Defendants.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated November 25, 2025, the Court has dismissed the complaint,

filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim on which relief may be

granted, *see* 28 U.S.C. § 1915(e)(2)(B)(ii).

**Dated:**  New York, New York

        February 3, 2026

                                            **TAMMI M. HELLWIG**
                                    _____
                                            **Clerk of Court**


                        **BY:**        K. Mango
                                    _____
                                            **Deputy Clerk**